Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2879 St. Rose Parkway, Suite 130A
Henderson, Nevada 89052
P: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHAWN M. CLEM, an individual; | Case No.:  2:15-cv-02477-RFB-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF EQUIFAX, INC. WITH PREJUDICE** |
| EQUIFAX, INC., a foreign corporation; BANK OF AMERICA, N.A., a national banking association; | |
| Defendants. | |

**WHEREAS** plaintiff, Shawn M. Clem, and defendant Equifax, Inc. ("Equifax") (collectively referred to as "Parties") have executed a settlement agreement which fully and finally resolves all claims, disputes, and differences between the Parties;

///

///

///

///

///

///

///

///

**IT IS HEREBY JOINTLY STIPULATED AND AGREED** by the Parties, by and through their respective attorneys of record, and subject to the court's approval, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned matter is hereby dismissed with prejudice as to Equifax, with each party bearing their own attorneys' fees and costs incurred herein.

RESPECTFULLY SUBMITTED.

DATED this 18th day of April, 2016.                    DATED this 18th day of April, 2016.

**LAW OFFICE OF**                                                       **SNELL & WILMER, LLP**
**KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*                                              */s/ Bradley T. Austin*
Kevin L. Hernandez, Esq.                                       Bradley T. Austin, Esq.
Nevada Bar No. 12594                                            Nevada Bar No. 13064
2879 St. Rose Parkway, Suite 130A                      3883 Howard Hughes Parkway, Suite 1100
Henderson, Nevada 89052                                     Las Vegas, Nevada 89169
*Attorneys for plaintiff*                                              *Attorneys for Equifax, Inc.*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX, INC.

Pursuant to the stipulation of the Parties under FRCP 41(a), defendant Equifax shall be dismissed with prejudice, and each party shall bear their own attorneys' fees and costs.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED: April 21, 2016.