Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHAWN M. CLEM, an individual; | Case No.: 2:15-cv-02477-RFB-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A. WITH PREJUDICE** |
| EQUIFAX, INC., a foreign corporation; BANK OF AMERICA, N.A., a national banking association; | |
| Defendants. | |

Plaintiff, Shawn M. Clem, and Defendant, Bank of America, N.A. ("BANA") (collectively referred to as "Parties") have resolved all claims, disputes, and differences between the Parties in the above-referenced matter;

///
///
///
///
///
///
///
///
///

Therefore, the Parties, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a)(1)(A)(ii) as to BANA, with each party bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: September 21, 2016

**LAW OFFICE OF KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
9555 S. Eastern Avenue, Suite 220A
Las Vegas, Nevada 89123
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: September 21, 2016

**AKERMAN, LLP**

*/s/ Rebekkah Bodoff*
Rebekkah Bodoff, Esq.
Nevada Bar No. 12703
1160 Town Center Drive, Suite 330
rebekkah.bodoff@akerman.com
*Attorney for Defendant Bank of America, N.A.*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT BANK OF AMERICA, N.A.

Pursuant to the stipulation of the Parties under FRCP 41(a)(1)(A)(ii), this case is dismissed with prejudice as between Plaintiff and BANA. Plaintiff and BANA will bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED**:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: September 30, 2016

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT BANK OF AMERICA, N.A. WITH PREJUDICE** was electronically served via the U.S. District Court CM/ECF filing system to the following party:

Rebekkah Bodoff, Esq.
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
rebekkah.bodoff@akerman.com
*Attorney for Defendant Bank of America, N.A.*

Dated: September 21, 2016.

/s/ Caesy Morales          .
Employee of the Law Office of Kevin L Hernandez